IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|                          |   |                      |
|--------------------------|---|----------------------|
| **UNITED STATES OF AMERICA** | * |                      |
| **v.**                   | * | **CRIM. NO. JKB-16-209** |
| **BRANDON JOHNSTON,**    | * |                      |
| **Defendant.**           | * |                      |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

This Court denied Defendant Brandon Johnston's Motion for Compassionate Release on September 17, 2020 and his Emergency Motion for Reconsideration on December 23, 2020. (ECF Nos. 44, 46.) Hicks has now filed a second Motion for Reconsideration. (ECF No. 47.) No hearing is necessary. *See* Local Rules 105.6, 207 (D. Md. 2018). For the reasons set forth below, the Motion will be DENIED.

As this Court has previously explained in detail (ECF Nos. 44, 46), motions for compassionate release are governed pursuant to 18 U.S.C. § 3582(c)(1)(A). Under this section, a district court may modify a convicted defendant's sentence when "extraordinary and compelling reasons warrant such a reduction" and the court has "consider[ed] the factors set forth in section 3553(a) to the extent that they are applicable." *Id.*

In its Memorandum and Order denying Johnston's first Motion for Reconsideration, the Court found that Johnston did not demonstrate extraordinary and compelling reasons for judicial relief and that consideration of the § 3553(a) factors weighed against granting Johnston compassionate release. (ECF No. 46 at 2–3.) Johnston now contends that the Court should grant his second Motion for Reconsideration because there has been a new outbreak at FCI Allenwood,

1

where Johnston is incarcerated, and "a new strain of COVID-19 has made its way into the country." (ECF No. 47 at 2.) Additionally, Johnston argues that he should be eligible for compassionate release because he "had a minute role" in the large-scale, multi-year conspiracy for which he was convicted. (*Id.* at 2–3.) The Court finds that Johnston again fails to demonstrate extraordinary and compelling reasons for his compassionate release because his Motion does not provide an evidentiary basis to differentiate Johnston from thousands of other federal prisoners. *See United States v. Taylor*, Civ. No. ELH-13-269, 2020 WL 3447761, at *6 (D. Md. June 23, 2020) ("Fear of contracting the novel coronavirus while incarcerated is not sufficient reason for granting compassionate release[.]").

The Court again acknowledges Johnston's legitimate concerns about his health and living situation, especially given the presence of COVID-19 at FCI Allenwood. Nevertheless, Johnston's second Motion for Reconsideration does not establish that his release at this time is appropriate or justified. The Court therefore DENIES Johnston's Motion (ECF No. 47).

DATED this  28  day of January, 2021.

BY THE COURT:

_____
James K. Bredar
Chief Judge